IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY -6 A 11: 54

CLERK _L. LaVictoire_
SO. DIST. OF GA.

UNITED STATES OF AMERICA

v.

CASE NO.: CR504-17

WALTER JOE HARPER

## ORDER

The Court has been advised that all motions filed in this case have been resolved by the parties.

Accordingly, all such resolved motions are hereby **DISMISSED** as moot.

**SO ORDERED**, this ___6th___ day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA

vs.

WALTER JOE HARPER

CASE NO. CR504-17

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as ORDER dated 5/6/05, which is part of the official records of this case.

Date of Mailing: 5/6/05
Date of Certificate: 5/6/05

SCOTT L. POFF, CLERK

By: NITA ROSE

NAME:
1. WALTER JOE HARPER 4863 YOUNGLE FUSSELL RD. AMBROSE, GA. 31650
2. DARRIN MCCULLOUGH
3. GEORGE HOYT, JR.
4. 
5. 
6. 
7. 

Cert/Copy
- [ ] [x] District Judge
- [ ] [x] Magistrate Judge
- [ ] [ ] Minutes
- [ ] [ ] U.S. Probation
- [ ] [ ] U.S. Marshal
- [ ] [ ] U.S. Attorney
- [ ] [ ] JAG Office

Cert/Copy
- [ ] [ ] Dept. of Justice
- [ ] [ ] Dept. of Public Safety
- [ ] [ ] Voter Registrar
- [ ] [ ] U.S. Court of Appeals
- [ ] [ ] Nicole/Debbie
- [ ] [ ] Ray Stalvey
- [ ] [ ] Cindy Reynolds